UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHARON SOBOLEWSKI
    v.

KILOLO KIJAKAZI
*Acting Commissioner of Social Security*

CASE NO. 3:23CV451(MPS)

## **JUDGMENT**

This action having come on for consideration of the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand before the Honorable Michael P. Shea, United States District Judge and,

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on June 1, 2023, granting the motion; it is therefore

ORDERED, ADJUDGED and DECREED that the case is remanded to the Commissioner for additional administrative proceedings.

Dated at Hartford, Connecticut, this 2nd day of June 2023.

DINAH MILTON KINNEY, Clerk

By      /s/
    Devorah Johnson
    Deputy Clerk

EOD 06/02/23